

# NUMBER 13-25-00389-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

HEATHER LYN SHUMAKE,                                         Appellant,

v.

THE STATE OF TEXAS,                                         Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF VICTORIA COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca**
**Memorandum Opinion by Justice Cron**

This cause is now before the Court on appellant Heather Lyn Shumake's motion to voluntarily dismiss her appeal. Shumake, proceeding pro se, filed a notice of appeal from a judgment of conviction by jury for driving while intoxicated, a class B misdemeanor. *See* TEX. PENAL CODE ANN. § 49.04. On August 22, 2025, Shumake filed a motion to

voluntarily dismiss the appeal signed only by her.

Because the motion to dismiss was not signed by Shumake's counsel, *see* TEX. R. APP. P. 42.2(a), and there was no order withdrawing counsel before us, we carried the motion, and abated and remanded the appeal to the trial court for appropriate findings and recommendations concerning, among other things, whether Shumake wished to pursue the appeal. We reinstated the appeal upon receipt of a supplemental clerk's record that included the trial court's findings and recommendations. In pertinent part, the trial court found Shumake no longer wished to pursue the appeal and that she was indigent. The trial court also ordered Crossroads Defenders to represent Shumake on appeal.

On October 1, 2025, Shumake filed a new motion to voluntarily dismiss the appeal, which was signed by her and her counsel in accordance with Rule 42. *See id.* R. 42.2(a). Accordingly, we hereby grant appellant's motion to voluntarily dismiss appeal filed on October 1, 2025, and without passing on the merits of the case, dismiss the appeal.[1] Having dismissed the appeal at Shumake's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
9th day of October, 2025.

---

[1] Given our decision, appellant Heather Lyn Shumake's motion to voluntarily dismiss appeal filed on August 22, 2025, is hereby dismissed as moot.

2